NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CINDY RENEE MCCLOUD,
DOC #369883,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  2D17-5110

Opinion filed March 1, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Robin H. Stevenson, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.